```
             UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

**ANGELA D. ALLEN,**

       Plaintiff,

v.                                                  Civil Action No. 15-04162

**CAROLYN W. COLVIN,**
Acting Commissioner of the
Social Security Administration,

       Defendant.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Cheryl A. Eifert, entered on March 18, 2016; and the magistrate judge having recommended that the court deny plaintiff Angela Allen's motion for judgment on the pleadings, grant the Commissioner's motion for judgment on the pleadings, affirm the final decision of the Commissioner, and dismiss this action from the docket of the court with prejudice; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that:

1. The Proposed Findings and Recommendation be, and it hereby is, adopted by the court and incorporated herein;

2. Plaintiff Angela Allen's motion for judgment on the pleadings be, and it hereby is, denied;

3. The Commissioner's motion for judgment on the pleadings be, and it hereby is, granted; and

4. The decision of the Commissioner be, and it hereby is, affirmed.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and any unrepresented parties.

DATED: April 13, 2016

John T. Copenhaver, Jr.
United States District Court